# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN BOYD, *et al*, | Case No. 2:13-cv-00356 -APG-NJK |
| Plaintiffs, | **Order Approving Report & Recommendation** |
| v. | |
| APARTMENT COMPLEX SIEGEL GROUP COMPANY, *et al*, | |
| Defendants. | |

On April 5, 2013, Magistrate Judge Nancy J. Koppe entered her Report and Recommendation [Dkt #6], recommending that Plaintiffs' Application to Proceed *in Forma Pauperis* be denied and that this action be dismissed without prejudice. That recommendation was based upon, among other things, Plaintiffs' failure (after receiving prior notice from the Court) to file proper and completed Applications to Proceed *in Forma Pauperis,* or to pay the $350.00 filing fee on or before April 4, 2013. The Court's prior Order [Dkt #3] advised Plaintiffs that failure to comply would result in recommendation for dismissal. The Plaintiffs failed to comply, nor did they request an extension of time in which to comply.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. No objection has been filed with regard to the Magistrate Judge's April 5, 2013 Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Application to Proceed *in Forma Pauperis* is DENIED, and this action is hereby dismissed without prejudice to the Plaintiffs' ability to commence a new action in which they either pay the appropriate filing fee in full or submit a completed Application to Proceed *in Forma Pauperis*.

The Clerk of the Court shall enter judgment accordingly.

Dated: May 13, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE